**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KIM EVANS,**

    **Plaintiff,**

                          **CASE NO.: 8:18-cv-1942-T-36CPT**

**v.**

**CALVARY ACADEMY MINISTRIES,**
**INC., a Foreign Profit Corporation and**
**BONNIEE LEE WASSER, Individually,**

    **Defendants.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

**\_X\_\_** **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 21st day of August, 2018.

                                          Respectfully submitted,

                                          */s NOAH E. STORCH*\_\_\_
                                          NOAH E. STORCH, ESQ.
                                          Florida Bar No.0085476
                                          RICHARD CELLER LEGAL, P.A.
                                          7450 Griffin Road, Suite 230
                                          Davie, Florida 33314
                                          Telephone: (866) 344-9243
                                          Facsimile:  (954) 337-2771
                                          E-mail: noah@floridaovertimelawyer.com

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2018, a true and correct copy of the foregoing has been filed using CM/ECF which will send a copy of same to all counsel of record.

/s/ *Noah E. Storch*
Noah E. Storch, Esq.